

DICK BALDWIN
dbaldwin@parrbrown.com

June 30, 2025

**VIA CM/ECF**

Christopher M. Wolpert, Clerk of Court
United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

      **Re:**    ***Pomeroy v. Utah State Bar***, **No. 24-4054; Notice of Supplemental Authority**

Mr. Wolpert,

      Appellees respectfully submit this letter identifying the United States Supreme Court's order denying certiorari in *Crowe v. Oregon State Bar*, 112 F.4th 1218 (9th Cir. 2024), *cert. denied*, 606 U.S. ---, No. 24-1025 (June 30, 2025), as a supplemental authority supporting arguments raised on appeal.

      As Appellees noted on page 17 of their response brief, the Supreme Court has repeatedly denied writs of certiorari challenging the germaneness standard and its application in cases involving state bar associations.

                         Respectfully,

                         PARR BROWN GEE & LOVELESS

                         BY:  /s/ Dick Baldwin
                              Dick Baldwin
                              David C. Reymann

                              ZIMMERMAN BOOHER
                              Troy L. Booher
                              Caroline A. Olsen

cc: Scott Day Freeman
Adam Shelton
John Thorpe

**Parr Brown Gee & Loveless, A Professional Corporation**
**101 South 200 East, Suite 700, Salt Lake City, UT 84111**
**T** 801.532.7840   **F** 801.532.7750   **www.parrbrown.com**

