David C. Reymann (8495)
Dick J. Baldwin (14587)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, UT 84111
dreymann@parrbrown.com
dbaldwin@parrbrown.com
(801) 532-7840

Troy L. Booher (9419)
Caroline A. Olsen (18070)
ZIMMERMAN BOOHER
Felt Building, Fourth Floor
341 South Main Street
Salt Lake City, Utah 84111
tbooher@zbappeals.com
colsen@zbappeals.com
(801) 924-0200

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

AMY POMEROY,
Plaintiff-Appellant,

v.

UTAH STATE BAR, et al.,
Defendants-Appellees.

**NOTICE RE AUTOMATIC SUBSTITUTION OF PARTIES PURSUANT TO FRAP 43(c)(2)**

Case No. 24-4054

On Appeal from the United States District Court, District of Utah, Central Division, The Honorable Tena Campbell, No. 2:21-CV-00219-TC-JCB

Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Appellees Utah State Bar, et al., respectfully notify the court of the following updated information regarding the identities of individuals holding certain offices named as official-capacity defendants/appellees in this matter, as follows:

First, the current President of the Utah State Bar is Kim Cordova. The docket incorrectly lists her as a terminated party.

Second, Tyler Young currently holds the office of President-Elect while also continuing to serve as a 4th Division Commissioner. The docket incorrectly lists him as a Commissioner of the 3rd Division.

Third, Yvette Donosso now serves as a 2nd Division Commissioner, having replaced Matthew J. Hansen.

Fourth, Esabelle Khaosanga now serves as a 3rd Division Commissioner, having replaced Kim Cordova in that position.

DATED this 20th day of October, 2025.

PARR BROWN GEE & LOVELESS

By: /s/ *Dick J. Baldwin*
David C. Reymann
Dick J. Baldwin

ZIMMERMAN BOOHER
Troy L. Booher
Caroline A. Olsen

*Attorneys for Defendants-Appellees*

## Certificate of Digital Submission / Privacy Redactions

I hereby certify that the foregoing, as submitted in digital form via this court's CM/ECF system, is an exact copy of any written document required to be filed with the Clerk and has been scanned for viruses with the most recent version of Sophos Endpoint Agent and, according to the program, is free of viruses. I also certify that any required privacy redactions have been made.

DATED this 20th of October, 2025.

/s/ *Dick J. Baldwin*
David C. Reymann
Dick J. Baldwin
PARR BROWN GEE & LOVELESS

## Certificate of Service

I certify that on the 20th day of October, 2025, I caused the foregoing to be served via the Court's CM/ECF System, which electronically served the following:

Scott Day Freeman
Adam Shelton
John Thorpe
Scharf-Norton Center for Constitutional Litigation
Goldwater Institute
500 East Coronado Road
Phoenix, Arizona 85004
(602) 462-5000
litigation@goldwaterinstitute.org

/s/ *Dick J. Baldwin*
David C. Reymann
Dick J. Baldwin
PARR BROWN GEE & LOVELESS